UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA               :

      - v. -                        :       **INDICTMENT**

GARRETT KELSEY,                        :       19 Cr. ____
    a/k/a "Garrett Odinschild,"
                                       :       **19 CRIM 886**
                Defendant.
- - - - - - - - - - - - - - - - - - x

**COUNT ONE**
(Interstate Transmission of Threat to Injure Person)

The Grand Jury charges:

1.  On or about May 23, 2019, in the Southern District of New York and elsewhere, GARRETT KELSEY, a/k/a "Garrett Odinschild," the defendant, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, KELSEY left a voicemail and sent an email threatening to injure and kill the employees of a particular organization (the "Victim Organization").

(Title 18, United States Code, Section 875(c).)


_____                _____
FOREPERSON                               GEOFFREY S. BERMAN
                                         United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 10 2019

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

GARRETT KELSEY,
a/k/a "Garrett Odinschild,"

Defendant.

---

INDICTMENT

19 Cr. ____ ( )

(18 U.S.C. § 875(c))

GEOFFREY S. BERMAN
United States Attorney

*[signature]*  12/11/2019
FOREPERSON

12/11/2019
N.E

Indictment Filed

Case assigned to District Judge Stein
wheel A

Sarah Cave
U.S.M.J.