USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA :  **TRANSPORTATION ORDER**

  - v - : 19 Cr. 886 (SHS)

GARRETT KELSEY,
               Defendant. :

------------------------------------x

Upon the application of **Garrett Kelsey**, by his attorney, **Andrew Dalack, Esq.**, Federal Defenders of New York, and pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Garrett Kelsey with the funds necessary to cover the cost of his travel between Cedar Rapids, Iowa and New York, New York in advance of his initial appearance in court scheduled for Thursday, December 19, 2019 at 11:00am, arriving in New York, New York no later than 11:59 P.M. on Wednesday, December 18, 2019, and returning to Cedar Rapids, Iowa no later than 12:00 P.M. on Friday, December 20, 2019.

Dated: New York, New York

December 16, 2019

_____
~~HONORABLE SIDNEY H. STEIN~~
United States District Judge
Hon. Denise Cote, Part I