USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        19-Cr-886 (SHS)

     -v-                                            :

                                          ORDER

GARRETT KELSEY,                              :

            Defendant.                    :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        Upon the application of Garrett Kelsey, by his attorney, Andrew Dalack, Esq.,

Federal Defenders of New York, and pursuant to 18 U.S.C. § 4285, and upon a finding of indigence

and in the interests of justice,

        IT IS HEREBY ORDERED that the United States Marshals Service furnish

Garrett Kelsey with the funds necessary to cover the cost of his travel between New York, New

York, and Cedar Rapids, Iowa at the conclusion of his appearance in court today, December 20,

2019.

Dated: New York, New York
       December 20, 2019

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.