# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 3, 2020

**BY ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/4/20
```

Re:    **United States v. Garrett Kelsey**
       **19 Cr. 886 (SHS)**

## MEMO ENDORSED

Dear Judge Stein:

I write on behalf of the parties concerning the status conference scheduled for today in the above-captioned case. The defense does not anticipate filing any Rule 12 motions and, with the Government's consent, requests that the parties reconvene on February 20, 2020, at 3:30 p.m. for a status conference. The defense will alert the Court no later than February 18, 2020, as to whether Mr. Kelsey intends to change his plea at the February 20 conference. Lastly, the parties jointly request that the Court exclude from Speedy Trial Act calculations the period of delay between today and February 20, 2020, pursuant to 18 U.S.C. § 3161(h)(7). *The ends of justice outweigh the interests of the def and the public in a speedy trial.*

Respectfully Submitted,

_____/s/_____
Andrew J. Dalack
Assistant Federal Defender
(212) 417-8768

Cc (by ECF):    AUSA Stephanie L. Lake

SO ORDERED 2/4/2020

_____
SIDNEY H. STEIN
U.S.D.J.