UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA : **TRANSPORTATION ORDER**

    - v - : 19 Cr. 886 (SHS)

GARRETT KELSEY,

                  Defendant. :

------------------------------------x

Upon the application of **Garrett Kelsey**, by his attorney, **Andrew Dalack, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Garrett Kelsey with funds to cover the cost of travel between Cedar Rapids, Iowa and New York, New York in advance of his court appearance scheduled for Thursday, February 20, 2020 at 3:30pm, arriving in New York, New York no later than 12pm on Thursday, February 20, 2020, and returning to Cedar Rapids, Iowa on Thursday, February 20, 2020, leaving New York no earlier than 6:00pm; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
       February 18, 2020

**SO ORDERED:**

_____
HONORABLE SIDNEY H. STEIN
United States District Judge