**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 8, 2020

**BY ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

    Re:    **United States v. Garrett Kelsey**
              **19 Cr. 886 (SHS)**

Dear Judge Stein:

    I write on behalf of the parties concerning the sentencing hearing scheduled for July 27, 2020 at 2:30 p.m. in the above-captioned case. The ongoing COVID-19 pandemic continues to make in-person proceedings impracticable and also continues to interfere with the defense's preparation for sentencing. Accordingly, and with the government's consent, the defense requests that the Court adjourn Mr. Kelsey's sentencing hearing to the week of October 12, 2020, and also asks the Court to reset the parties' sentencing submission deadlines to September 28 and October 5, 2020, respectively.

Respectfully Submitted,

/s/
Andrew J. Dalack
Assistant Federal Defender
(212) 417-8768

Cc (by ECF):   AUSA Stephanie L. Lake

**The sentencing is adjourned to October 13, 2020, at 2:30 p.m. Defense submissions are due by September 28, the government's submissions are due by October 5, 2020.**

**Dated: New York, New York
July 9, 2020**

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.