UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-886 (SHS) |
| -v- | : | <u>ORDER</u> |
| GARRETT KELSEY, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A bail hearing via videoconference is scheduled to take place in this matter via Skype on September 3, 2020, at 11:00 a.m. The Skype link will be emailed to all participants. To optimize use of the Court's video conferencing technology, all participants in the call must:

      Use a browser other than Microsoft Explorer to access Skype for Business;

      Position the participant's device as close to the WiFi router as is feasible;

      Ensure any others in the participant's household are not using WiFi during the period of the call;

      Unless the participant is using a mobile telephone to access Skype for Business, connect to audio by having the system call the participant; and

      If there is ambient noise, the participant must mute his or her device when not speaking.

Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing 1-917-933-2166 and entering the Conference ID number 76078786.

Dated:  New York, New York
         August 31, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.