UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-886 (SHS) |
| -v- | : | <u>ORDER</u> |
| GARRETT KELSEY, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A bail review hearing having been held today via teleconference, with defendant and his attorney Annalisa Miron of the Federal Defenders of New York present, for the government AUSA Stephanie Lake present, and Pretrial Services Officers John Lettieri (SDNY) and Cody Jonker (District of Iowa) present,

      IT IS HEREBY ORDERED that:

      1.      For the reasons set forth on the record, defendant's bail is revoked and the defendant is remanded to the custody of the U.S. Marshal; and

      2.      The defendant shall surrender to the U.S. Marshal, Northern District of Iowa, 111 Seventh Avenue, S.E., Cedar Rapids, Iowa, on Wednesday, September 9, 2020 on or before 4:00 p.m.

Dated: New York, New York
       September 8, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.