UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-886 (SHS) |
| -v- | : | ORDER |
| GARRETT KELSEY, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Defendant's bail having been revoked today, and defendant having been directed to report to the U.S. Marshal, in the Northern District of Iowa on Wednesday, September 9, 2020, before 4:00 p.m.,

    The Court recommends to the Bureau of Prisons that the defendant remain in Iowa while incarcerated rather than be transferred to the Southern District of New York.

Dated: New York, New York
       September 8, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.