UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-886 (SHS) |
| -v- | : | ORDER |
| GARRETT KELSEY, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a teleconference in this matter on October 6, 2020, at 11:30 a.m. to discuss the schedule for sentencing. The parties shall dial 888-273-3658 and use access code 7004275 to join the teleconference. The defendant has the Court's permission to waive his appearance for purposes of this scheduling conference if he so chooses.

Dated: New York, New York
       October 1, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.

1